everything, but everything. It wasn't, you know, because it wasn't all in my hand, everything was broken, and again, because I needed home, everything came to with proof, but it didn't land, you know, because it was used again. So yeah, there was help, and get the breakfast, and use the money, and once you move out, before this, we don't have food. I think we're done with this. Hey, hey. Come on. What's taking so long? I'm really tired. I can't believe you just gold. You don't envy me. Of course I do. In fact, I'm quite pleased. Well, then we can go to bed. Goodnight to you. ♪ I've never asked him what he feels about his own personality or his own community. I care little about the community, because I don't want to bother it and I don't want to think about it. Because I don't want to bother the community, because I don't want the community? I'm going to go out and study and I'll think about my own faith and I won't bother the community.    And that's the way I have come. It can't change if you're not tuned to what's out there. And that's why my role with the franchise is beginning to fit with the creation of theresses and directors and more than that because, we've had a great opportunity to bring different people who may or may not belong to this sort of Jin New Takayama and we want to recreate it where it may be in gracious and we try our best but there is a critical mass at the Komi in this community and there is no other way to do it so I guess my gain is I don't have the energy nor the money to do it try but and I'm sort of have to think and what happens to our energy if we don't do it I don't know I want to think out loud there are things you have to do in order for things to happen before the Komi any differences in the goal don't let it go to waste and you have to think out loud and if you don't you can't do it so I don't want to waste  in order to think out loud and I don't want to waste it I want to think out loud and I don't want to waste it I want to think I want to think thinking out loud I don't know because you can't leave it you have to make it 09 10 20 21 22 inaccurate inadequate inaccurate inaccurate inaccurate inaccurate inaccurate Inaccurate inaccurate inaccurate inaccurate inaccurate inaccurate inaccurate inaccurate inaccurate inaccurate inaccurate inaccurate inaccurate inaccurate accurate accurate accurate accurate accurate accurate accurate accurate accurate accurate accurate accurate accurate accurate accurate accurate accurate accurate accurate accurate accurate accurate accurate accurate accurate accurate  correct correct correct correct correct correct correct correct correct correct correct correct correct correct correct correct correct correct correct correct correct correct correct correct align I am correct I am correct  Align Correct As I am correct I am correct I am correct I am I am correct I